## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 521 - 4 | **DATE** | 4/4/2008 |
| **CASE TITLE** | United States vs. Jerome Bengis | | |

**DOCKET ENTRY TEXT**

Arraignment and initial appearance proceedings held on 4/4/08. Defendant informed of his rights. Defendant enters a plea of not guilty to the Indictment. R. Ryan Stoll is given leave to file his appearance on behalf of defendant. Rule 16.1(a) conference to be held by 4/11/08. Pretrial motions to be filed by 4/21/08. Responses to be filed by 5/1/08. Replies to be filed by 5/8/08. Status hearing before Judge Dow set for 4/29/08 at 9:30 a.m. Government and defendant agree on certain conditions of release. Time is excluded pursuant to 18:3161(h)(1)(F).    (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|