UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 07 CR 521-4 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| JEROME BENGIS | ) | |

AGREED MOTION TO RESET PRETRIAL SCHEDULE

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby moves to reset the initial pretrial schedule set by Hon. Michael Mason at the time of the arraignment of the above-captioned defendant.

1.     On March 12, 2008, the Grand Jury returned a sealed ten-count indictment charging the above-captioned defendant and four co-defendants – Patrizia Soliani, Oswaldo Aulestia-Bach, Elio Bonfiglioli and Michael Zabrin – with mail fraud and wire fraud in connection with, among other things, the sale of counterfeit artwork in the form of what was variously purported to be original, limited edition fine art print.  The indictment was unsealed on March 19, 2008.

2.     On Friday, April 4, 2008, defendant Bengis appeared for arraignment before Magistrate Judge Mason – the first of the five defendants to do so – at which time, among other things, an order setting conditions of release, which included, in addition to the standard conditions, a $4500 own recognizance bond, and certain notice and reporting obligations in advance of any travel outside the Northern District of Illinois and the Southern District of Florida (where he resides).

3.     At the time of arraignment, Magistrate Judge Mason additionally set a pretrial schedule directing: (i) a Rule 16.1(a) conference to be held by April 11, 2008; (ii) the filing of pretrial motions by April 21, 2008, with; (iii) responses to be filed by May 1, 2008 and; (iv) replies

to be filed by May 8, 2008. The scheduling order, which was posted on the ECF system (Docket # 39) on April 9, 2008, additionally set a status hearing before this Court on April 29, 2008 at 9:30 a.m., with time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F) excluded for delays resulting from pretrial motions contemplated under the existing schedule.

4. At present, none of the other defendants have been arraigned. Defendants Bonfiglioli and Aulestia-Bach are foreign nationals residing, respectively, in Italy and Spain. Neither are presently anticipated to voluntarily appear in the United States and submit themselves to the personal jurisdiction of this court. The arraignment of defendant Soliani, who lives outside the jurisdiction, is scheduled for April 28, 2008, before Magistrate Judge Mason. The arraignment of defendant Zabrin was originally scheduled last week but was continued due to illness, with the arraignment anticipated to proceed later in the month of April.

5. The government respectfully requests that the pretrial schedule reflected in the April 4, 2008 order of Magistrate Judge Mason be reset so that this matter may proceed in orderly fashion on the basis of a single consolidated schedule with respect to all of the defendants who are in the United States or who are voluntarily submitting themselves to the personal jurisdiction of this court. Specifically, the government, with the agreement of counsel for defendants Bengis, Soliani and Zabrin, requests the following pretrial schedule:

        Rule 16.1(a) conferences:   May 5, 2008
        Pretrial Motions:   May 23, 2008
        Responses:   June 2, 2008
        Replies:   June 9, 2008

6. The requested schedule would permit a single-track, consolidated handling of discovery and motions practice that would, among other things, facilitate coordinated production of

discovery by the government, coordinated presentation of motions by the defense, consolidated response to motions by the government, and consolidated consideration and ruling by the court on any and all such motions, thereby streamlining the pretrial proceedings, avoiding needless duplication of efforts and promoting efficiencies in all respects. The dates proposed specifically factor in the anticipated appearance and arraignment dates of all of those defendants either in the United States or otherwise expected to voluntarily come to the United States to answer the charges.

    WHEREFORE, the United States, with agreement of defense counsel, respectfully requests this Court to enter an order resetting the pretrial schedule in this matter to the dates specified in Paragraph 5 above, and that the exclusion of time under the Speedy Trial Act for pretrial motion practice, 18 U.S.C. § 3161(h)(1)(F) be extended in accordance with the requested schedule.

    Respectfully requested,

    PATRICK J. FITZGERALD
    United States Attorney

By:    s/ Joseph Ferguson
    Joseph Ferguson
    Assistant U.S. Attorney
    219 South Dearborn Street
    Fifth Floor
    Chicago, Illinois 60604
    (312) 353-1414

April 9, 2008