UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 07 CR 521-4 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| JEROME BENGIS | ) | |

NOTICE OF MOTION

TO:   See Attached.

**PLEASE TAKE NOTICE** that on **TUESDAY, APRIL 15, 2008 at 9:15 a.m.** at the opening or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert M. Dow, Jr. ,in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **AGREED MOTION TO RESET PRETRIAL SCHEDULE**, in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Joseph Ferguson
     Joseph Ferguson
     Assistant U.S. Attorneys
     219 South Dearborn Street, 5th Floor
     Chicago, Illinois 60604
     (312) 353-1414

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**AGREED MOTION TO RESET PRETRIAL SCHEDULE**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 9, 2008, to the following non-ECF filers:

**Ron A. Cohen**
Cohen & Lau
30 North LaSalle Street
Suite 3400
Chicago, Illinois 60602

s/Joseph Ferguson
JOSEPH FERGUSON
Assistant United States Attorneys
219 South Dearborn
Chicago, Illinois 60604
(312) 353-1414