UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                           Plaintiff,

v.                                                   Case No.: 1:07−cr−00521
                                                    Honorable Robert M. Dow Jr.

Patrizia Soliani, et al.
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: Agreed Motion by Jerome Bengis(4) to reset Pretrial Schedule[42]is granted. Rule 16.1(1) conferences to take place by 5/5/08; pretrial motions are due by 5/23/08; responses due by 6/2/08; replies due by 6/9/08. Status hearing date of 4/29/08 is stricken and Status hearing reset for 6/3/2008 at 09:30 AM. In the interest of justice, Time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985) from 4/15/08 to and including 6/3/08 and Time is ordered excluded pursuant to Title 18 U.S.C. Section 3161(h)(1)(F). (X−E) Mailed notice (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.