# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                  | |
| Plaintiff,           ) | |
| )                                  | |
| v.                                 ) | Case No.: 07 CR 521-4 |
| )                                  | |
| JEROME BENGIS,                     ) | |
| )                                  | |
| Defendant.           ) | |

## AGREED MOTION FOR EXTENSION OF PRETRIAL
## SCHEDULE AND EXCLUSION OF TIME

Defendant Jerome Bengis, by and through his counsel, R. Ryan Stoll, respectfully moves, by agreement with the United States of America, for a thirty-day extension of the Pretrial Schedule entered by this Court on April 14, 2008, and in support thereof states as follows:

1. Defendant has been charged by indictment with two counts of mail fraud in violation of 18 U.S.C. §§ 1341 and 2. He was arraigned on April 4, 2008 and is presently released under a recognizance bond with certain notice and reporting obligations regarding travel outside the Southern District of Florida, where he resides.

2. On April 14, 2008, this Court entered a modified Pretrial Schedule, by which pretrial motions are due by May 23, 2008; responses are due by June 2, 2008; and replies are due by June 9, 2008. A status hearing is set for June 3, 2008. All time has been excluded in accordance with 18 U.S.C. § 3161(h)(8)(B)(i).

3. The government tendered to Defendant voluminous Rule 16 materials on May 13, 2008.

4. The government and Defendant are presently involved in discussions that may obviate the need for any pretrial motions before the Court. Both parties, however, require

additional time to complete those discussions and to determine if a resolution of the case is achievable.

      5. Given the amount of pretrial materials at issue and the ongoing nature of the discussions between the government and the Defendant, a 30-day extension of the present date for the filing of pretrial motions serves the interests of justice and ensures that neither the Court nor the parties are burdened at this stage with pretrial briefing that may be obviated.

      6. Both parties agree to the continued exclusion of time under 18 U.S.C. § 3161(h)(8)(B)(i).

      WHEREFORE, Defendant Jerome Bengis, by agreement with the United States of America, respectfully requests a 30-day extension of the present Pretrial Schedule.

      Respectfully requested,

/s/ R. Ryan Stoll
R. Ryan Stoll
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(312) 407-0700

# CERTIFICATE OF SERVICE

R. Ryan Stoll, an attorney, hereby certifies that on May 20, 2008, he caused true and correct copies of the AGREED MOTION FOR EXTENSION OF PRETRIAL SCHEDULE AND EXCLUSION OF TIME to be served via the courts CM/ECF system on the following attorneys of record:

**AUSA**
USAILN.ECFAUSA@usdoj.gov

**Lawrence S. Beaumont**
l.beaumont@sbcglobal.net

**Joseph M. Ferguson**
joseph.ferguson@usdoj.gov, donna.isaac@usdoj.gov

**Former AUSA**
USAILN.ECFFormerAUSA@usdoj.gov

**Stephen L. Heinze**
stephen.heinze@usdoj.gov, deborah.domka@usdoj.gov

**Nancy L. Miller**
nancy.miller4@usdoj.gov, beryl.mosely@usdoj.gov

**Pretrial Services**
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

**Jeffrey Bruce Steinback**
jbs.law@comcast.net

**Neil Gary Taylor**
ngt@bellsouth.net

and by hand delivery upon:

Ron A. Cohen
30 North LaSalle Street
Suite 3400
Chicago, IL 60602

/s/ R. Ryan Stoll
R. Ryan Stoll