UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEROME BENGIS, )<br>)<br>Defendant. ) | Case No.: 07 CR 521-4 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 29th day of May, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in the United States District Court of the Northern District of Illinois at 219 S. Dearborn, Chicago, Illinois, and shall then and there present Defendant's Agreed Motion for Extension of Pretrial Schedule and Exclusion of Time, a copy of which is hereby served upon you.

Dated this 20th day of May, 2008.

Respectfully submitted,

/s/ R. Ryan Stoll
R. Ryan Stoll
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

Attorney for Defendant, Jerome Bengis

## CERTIFICATE OF SERVICE

R. Ryan Stoll, an attorney, hereby certifies that on May 20, 2008, he caused true and correct copies of the NOTICE OF MOTION to be served via the courts CM/ECF system on the following attorneys of record:

**AUSA**
USAILN.ECFAUSA@usdoj.gov

**Lawrence S. Beaumont**
l.beaumont@sbcglobal.net

**Joseph M. Ferguson**
joseph.ferguson@usdoj.gov, donna.isaac@usdoj.gov

**Former AUSA**
USAILN.ECFFormerAUSA@usdoj.gov

**Stephen L. Heinze**
stephen.heinze@usdoj.gov, deborah.domka@usdoj.gov

**Nancy L. Miller**
nancy.miller4@usdoj.gov, beryl.mosely@usdoj.gov

**Pretrial Services**
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

**Jeffrey Bruce Steinback**
jbs.law@comcast.net

**Neil Gary Taylor**
ngt@bellsouth.net

and by hand delivery upon:

Ron A. Cohen
30 North LaSalle Street
Suite 3400
Chicago, IL 60602

/s/ R. Ryan Stoll
R. Ryan Stoll