UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | No. 07 CR 521 |
| ) | Judge Dow |
| PATRIZIA SOLIANI, ) | |
| JEROME BENGIS, and ) | |
| MICHAEL ZABRIN ) | |

**AGREED MOTION FOR CONTINUANCE OF STATUS,
EXTENSION OF PRETRIAL SCHEDULE AND EXCLUSION OF TIME**

The United States of America, by and through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, through undersigned counsel, respectfully moves, by agreement with the above-captioned defendants, for a continuance of the July 17, 2008 status in this matter, and an extension of the amended Pre-trial Schedule entered by this court, to permit additional time for the negotiation of plea agreements between the Government and each of the above-captioned defendants. In support of this motion, the government states as follows:

1.  The defendants have been charged by indictment variously with mail fraud and wire fraud in violation of 18 U.S.C. §§ 1341, 1343 and 2. Each of the above-captioned defendants was arraigned and presently are released on bond with varying notice and reporting obligations. More specifically, defendant Soliani, is released on a partially secured bond and with leave of court is presently residing in her native Italy. Defendant Bengis is released on a recognizance bond and is presently situated in the Southern District of Florida where he resides. Defendant Zabrin presently is serving a five and one half month federal prison term in the federal corrections institute located in Terre Haute, Indiana, which sentence arises from his conviction in a separate criminal matter adjudicated in the Northern District of Illinois.

2. On April 14, this Court entered a modified Pretrial Schedule, directing the filing of pretrial motions by May 23, 2008, with responses due June 2, 2008 and replies due by June 9, 2008, with time excluded under the Speedy Trial Act through June 3, 2008

3. By prior agreed motions filed in writing, (*see* Dkt #s 52 and 53), and made orally at the last status conference on June 3, 2008, this Court ordered, by order entered June 3, 2008, (Dkt # 58 - 60), extended the time for the filing of pretrial motions to and including July 17, 2008 and ordered a status for July 17, 2008, with time excluded under the Speedy Trial Act through that time. The extension of the pre-trial schedule and the accompanying exclusion of time were made on the basis of representations to the court by the parties that the charges against defendants Soliani, Bengis and Zabrin were expected to be resolved by means of pleas for which additional time was required for negotiation.

4. Since the June 3, 2008, status in this matter, the government has provided counsel for the above-named defendants with plea terms, but not in sufficient time to permit the necessary follow-up negotiations of final terms as to each of the defendants. Accordingly additional time is needed for which a continuance of the current schedule is requested.

5. Specifically, the government, by agreement with defendants Soliani, Bengis and Zabrin, by and through their respective attorneys, request: (1) that the status set for July 17, 2008, be stricken and reset to on or about September 9, 2008; (2) that the pre-trial motion schedule be commensurately modified to provide for the filing of pretrial motions, if any, by September 9, 2008, and; (3) that time be excluded under the Speedy Trial Act to and including September 9, 2008, pursuant to Title 18, United States Code, Section 3161(h)(1)(F), relating to the filing of pretrial motions, and Section 3161(h)(8)(A) because permitting the parties to conclude ongoing plea

negotiations would serve the interests of justice by, among other things, bringing to an agreed and expeditious disposition the cases against defendants Soliani, Bengis and Zabrin, thereby avoiding the needless expenditure of the court time and resources that otherwise would attend a trial in this matter, including, among other things, the time and resources the court would need to expend in adjudicating pretrial motions.  The specific date of September 9, 2008 is respectfully requested to minimize travel expenses and accommodate traveling logistics of counsel from outside the Northern District of Illinois.  In similar fashion, the striking of the existing July 17, 2008, status will save significant time and expense for travel to the Northern District of Illinois by Florida-based defense counsel for what would otherwise be a very brief appearance before this Court to report the information related in the instant motion.

WHEREFORE, the United States respectfully requests, with the agreement of defendants Soliani, Bengis and Zabrin, that this court enter an order (1) striking and continuing the status presently set for July 17, 2008 to on or about September 9, 2008; (2) amending the pre-trial schedule to continue the date for the filing of pre-trial motions to September 9, 2008, and; (3) excluding time under the Speedy Trial Act to and including September 9, 2008.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ Joseph Ferguson
        Joseph Ferguson
        Assistant U.S. Attorney
        219 South Dearborn Street
        Fifth Floor
        Chicago, Illinois 60604
        (312) 353-1414

July 14, 2008