UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 521 |
| | ) | Judge Dow |
| PATRIZIA SOLIANI, | ) | |
| JEROME BENGIS, and | ) | |
| MICHAEL ZABRIN | ) | |

## NOTICE OF MOTION

TO:   See Attached

On **July 17, 2008**, at **9:15 A.M.** at the opening of court or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert M. Dow in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **AGREED MOTION FOR CONTINUANCE OF STATUS, EXTENSION OF PRETRIAL SCHEDULE AND EXCLUSION OF TIME,** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Joseph M. Ferguson
JOSEPH M. FERGUSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1414

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**AGREED MOTION FOR CONTINUANCE OF STATUS,
EXTENSION OF PRETRIAL SCHEDULE AND EXCLUSION OF TIME**

were served on July 14, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

        s/ Joseph M. Ferguson
        JOSEPH M. FERGUSON
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-1414